UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dr. Felix Guzman Rivadeneira,

    Plaintiff,

    v.                                      Case No. 1:15cv394

Department of Homeland Security, *et al.*,      Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 6, 2015 (Doc. 6).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 6) of the Magistrate Judge is hereby **ADOPTED.** The Complaint (Doc. 1) is **DISMISSED** for lack of prosecution.

    **IT IS SO ORDERED.**

                                                            *s/Michael R. Barrett*
                                                             Michael R. Barrett
                                                              United States District Judge